IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00342-RJC
(3:07-cr-00144-RJC-2)

| | | |
|---|---|---|
| NILES M. BELK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on consideration of the Respondent's motion to stay

the disposition of Petitioner's § 2255 Motion to Vacate. (Doc. No. 3: Motion to Stay). Petitioner

does not oppose the motion.

In his § 2255 Motion to Vacate, Petitioner challenges his designation as a career offender

under § 4B1.2 of the U.S. Sentencing Guidelines Manual, and he relies on the Supreme Court's

decision in United States v. Johnson, 135 S. Ct. 2551 (2015), in which the Court struck the

residual clause of the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), after concluding

that it violated due process because it was unconstitutionally vague.

In the motion to stay, Respondent notes the Supreme Court has granted a petition for a

writ of certiorari in Beckles v. United States, No. 15-8544, to consider whether the Johnson

Court's conclusion regarding the residual clause under the ACCA should apply to the residual

clause of the career offender guideline, and if so, whether Johnson should apply retroactively on

collateral review. The Court is also considering the issue of whether possession of a sawed-off

shotgun is a crime of violence under the Guidelines. (Motion to Stay at 1-2).

1

Because resolution of the issues involved in the <u>Beckles</u> case may have a bearing on the disposition of the issues in Petitioner's case, the Court will grant Respondent's motion.

**IT IS, THEREFORE, ORDERED** that Respondent's motion to stay is **GRANTED**, (Doc. No. 3), and Respondent shall have 60-days from the date the Supreme Court renders its decision in <u>Beckles v. United States</u> to file a response to Petitioner's § 2255 Motion to Vacate.

**SO ORDERED**.

Signed: September 22, 2016

Robert J. Conrad, Jr.
United States District Judge