UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-342-RJC
(3:07-cr-144-RJC-2)

| | | |
|---|---|---|
| NILES M. BELK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Respondent's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 8).

Petitioner filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 Motion to Vacate through counsel in which he argued that his career offender sentence was unconstitutional in light of Johnson v. United States, 135 S.Ct. 2551 (2015). The Court ordered the Government to respond to the § 2255 petition, however, it moved to stay these proceedings until the United States Supreme Court resolved Beckles v. United States, Case No. 15-8544. (Doc. No. 3). The Court granted the stay. (Doc. No. 4). After the Supreme Court decided Beckles, 137 S.Ct. 886, Petitioner moved to amend his § 2255 Motion to Vacate to add the claim that his conviction pursuant to 18 U.S.C. § 924(c) is invalid under Johnson. (Doc. No. 6). He also moved to stay this case pursuant to Sessions v. Dimaya, Case No. 15-1498. (Doc. No. 7). The Court granted the Motion to Amend but denied the Motion to Stay as moot because Dimaya has now been decided, 138 S.Ct. 1204.

The United States has filed a Motion to Hold Petitioner's Motion to Vacate in Abeyance pending the Fourth Circuit's decision in United States v. Simms, Case No. 15-4640, in the interest in judicial economy. Petitioner's counsel does not object to the Motion. (Doc. No. 8 at 2). The

1

stay will be granted.

        **IT IS HEREBY ORDERED** that

1. Respondent's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 8), is **GRANTED**. The Government shall have 60 days following the Fourth Circuit's issuance of the mandate in <u>Simms</u> to file its Response.

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge