**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-342-RJC**
**(3:07-cr-144-RJC-2)**

| | | | |
|---|---|---|---|
| **NILES M. BELK,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | | |
| | ) | | |
| vs. | ) | **ORDER** | |
| | ) | | |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Respondent.** | ) | | |
| _____ | ) | | |

**THIS MATTER** is before the Court on Petitioner's Unopposed Motion for Abeyance. (Doc. No. 18).

Petitioner filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 seeking relief pursuant to United States v. Johnson, 135 S.Ct. 2551 (2015). This matter stayed pursuant to Beckles v. United States, No. 15-8544, then United States v. Simms, No. 15-4640. See (Doc. Nos. 4, 9). Petitioner filed a Supplemental Memorandum in September 2019 based on United States v. Davis, 139 S.Ct. 2319 (2019) and United States v. Simms, 914 F.3d 229 (4th Cir. 2019) (*en banc*), (Doc. No. 12), and the Government filed a Motion to Dismiss the § 2255 petition in November 2019, (Doc. No. 15).

Petitioner has now filed a Motion asking the Court to place the instant case under abeyance pursuant to United States v. Ali, No. 15-4433 and United States v. Steward, No. 15-4422. (Doc. No. 10). Petitioner argues that the issues in Ali and Steward will be highly relevant to, if not dispositive of, Belk's § 2255 petition. Petitioner notes that the issues he has raised are nearly identical to those presented by his co-defendant, Andre Corbett, in case number 3:16-cv-330, and

that Mr. Corbett's case was placed in abeyance at the Government's request pursuant to <u>Ali</u> and <u>Steward</u>. The Government consents to the Motion seeking a stay. <u>See</u> (Doc. No. 18 at 2).

The Court agrees with Petitioner that the issues involved in <u>Steward</u> may have a bearing on the disposition of the issues in Petitioner's case. This case will therefore continue to be stayed pursuant to <u>Ali</u> and <u>Steward</u> and the Government will be ordered to respond to Petitioner's § 2255 Motion to Vacate within **30 days** after the mandate in <u>Ali</u> or <u>Steward</u> is issued, whichever occurs first.

**IT IS, THEREFORE ORDERED** that:

1. Petitioner's Unopposed Motion for Abeyance, (Doc. No. 18), is **GRANTED**.

2. This case will remain stayed pursuant to <u>Ali</u> and <u>Steward</u> and the Government shall have 30 days after the Fourth Circuit issues its mandate in <u>Ali</u> or <u>Steward</u>, whichever occurs first, to respond to Petitioner's § 2255 Motion to Vacate.

Signed: December 30, 2019

Robert J. Conrad, Jr.
United States District Judge